**STATE of Missouri, Respondent,**

v.

**Prentiss SCOTT, Appellant.**

**No. 50385.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 25, 1986.

Motion for Rehearing and/or Transfer
Denied April 22, 1986.

Application to Transfer Denied
June 17, 1986.

James Stewart McKay, Public Defender, St. Louis, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

**ORDER**

PER CURIAM:

Direct appeal from a jury conviction for attempted robbery, first degree, in violation of § 564.011, RSMo 1978.

The judgment is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Ruddy HAMPTON, Appellant.**

**No. 50417.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 25, 1986.

Motion for Rehearing and/or Transfer
Denied April 22, 1986.

Application to Transfer Denied
June 17, 1986.

Peter McDonald Stragand, Public Defender, St. Louis, for appellant.

John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

**ORDER**

PER CURIAM:

Direct appeal from a jury conviction for rape, in violation of § 566.030, RSMo 1978 and sodomy, in violation of § 566.060, RSMo 1978.

Judgment affirmed. Rule 30.25(b).